**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT MARCHESI, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | CASE NO. 4:16-CV-302 |
| | § | (Judge Clark/Judge Bush) |
| TWIN CITY FIRE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 9, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Opposed Motion to Remand to State Court (Dkt. # 5) should be GRANTED and that this case should be remanded to the 401st Judicial District Court of Collin County, Texas for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court.

Therefore, Plaintiff's Opposed Motion to Remand to State Court (Dkt. # 5) is GRANTED and this case is REMANDED to the 401st Judicial District Court of Collin County, Texas for further proceedings.

This case is otherwise closed on the court's docket.

**So Ordered and Signed**
**Jun 30, 2016**

_____
Ron Clark, United States District Judge